# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| Matthew Schroeder, et al., | Case No. 3:00cv7311 |
| Plaintiffs, | Judge James G. Carr |
| vs. | **OFFER OF SETTLEMENT** |
| Maumee Board of Education, et al., | James L. Schuller (0003234)<br>Raymond H. Pittman, III (0055606)<br>Allison M. Taylor (0075256)<br>Schuller Law Office<br>3450 West Central, Suite 242<br>Toledo, Ohio 43606<br>Ph: (419) 535-0311<br>Fax: (419) 535-7613 |
| Defendants. | Attorneys for Defendants |

*****************************************************************

Pursuant to the court's pretrial order, defendants hereby extend an offer of settlement in the amount of $12,500.00.

Respectfully submitted,

_____
James L. Schuller
Attorney for Defendants

## **CERTIFICATION**

The undersigned hereby certifies that a copy of the foregoing notice was served via ordinary U.S. Mail this ___15___ day of January, 2004 upon: ***Thomas Sobecki, Esq.***, 520 Madison Ave., Suite 811, Toledo, Ohio 43604.

_____
James L. Schuller