FILED

04 APR -9 PM 1:26

CLERK
NORTHERN DISTRICT OF OHIO
TOLEDO

ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Matthew Schroeder, et al., | Case No. 3:00cv7311 |
| | |
| | Judge James G. Carr |
| Plaintiffs, | |
| | **JOURNAL ENTRY OF** |
| vs. | **DISMISSAL** |
| | |
| Maumee Board of Education, et al., | James L. Schuller (0003234) |
| | Attorney at Law |
| Defendants. | 3450 West Central, Suite 242 |
| | Toledo, Ohio 43606 |
| | Ph: (419) 535-0311 |
| | Fax: (419) 535-7613 |
| | |
| | Attorney for Defendants |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This day came all of the parties hereto, by and through counsel, and represented to the court that all matters in controversy between them have been fully settled and adjusted, and that this case should be dismissed, with prejudice and at plaintiffs' costs.

IT IS THEREFORE ORDERED ADJUDGED AND DECREED that this case be, and hereby is, dismissed with prejudice at plaintiffs costs.

                                                      s/ James G. Carr
                                                      Judge James G. Carr

Approved by:

_____
Thomas Sobecki, Esq.
Attorney for plaintiffs

_____
James L. Schuller, Esq.
Attorney for Defendants